B6F (Official Form 6F) (12/07)

In re  **Richard Sharif**                                                                 , Case No. __**09-05868**__
                                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>David H Levy<br>Berger Schatz<br>161 N Clark St Ste 2800<br>Chicago, IL 60601 | | - | **Legal Fees** | | | | **24,000.00** |
| Account No.<br><br>Edward L Schuller<br>Edward L Schuller Ltd<br>415 N LaSalle St Ste 500<br>Chicago, IL 60654 | | - | **Legal Fees** | | | | **8,000.00** |
| Account No.<br><br>Howard M Levine<br>LeVine Wittenberg & Shugan Ltd<br>18400 Maple Creek Dr Ste 600<br>Tinley Park, IL 60477 | | - | **Legal Fees** | | | | **8,000.00** |
| Account No.<br><br>James Daubach<br>Edward L Schuller Ltd<br>415 N LaSalle St Ste 500<br>Chicago, IL 60654 | | - | **Legal Fees** | | | | **8,000.00** |
| __0__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | **48,000.00** |
| | | | | | | Total<br>(Report on Summary of Schedules) | **48,000.00** |