**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Soad Wattar

                Plaintiff,

v.                                      Case No.: 1:16−cv−04699
                                          Honorable Robert M. Dow Jr.

Richard Sharif

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 10, 2017:

      MINUTE entry before the Honorable Robert M. Dow, Jr: For the reasons set forth below in the Memorandum Opinion and Order, the Court affirms the Bankruptcy Court's three challenged orders and denies as moot the Trustee's motion for leave to supplement the record on appeal [39]. Finally, the Court grants Intervenors' motion to transfer Case No. 16−cv−11076 to this Court as a related case [43], for the reasons explained at the hearing on the motion, see [45]. That appeal, which is still being briefed, will proceed as Case No. 16−cv−11076. The instant appeal, No. 16−cv−4699, is closed. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.