UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Bankr. No. 09-05868 |
| | ) | |
| Richard Sharif | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |
| | ) | |

**Order on Bruce de'Medici's Seventeenth Interim Application for Compensation
(Docket 881) and Findings of Fact and Conclusions of Law in Support Thereof**

This matter coming before the Court on the Seventeenth Interim Fee Application (Docket 881) (the "Seventeenth Application") of Bruce de'Medici (the "Applicant"), as counsel the Horace Fox, Jr. (the "Trustee"), in his capacity as trustee of the estate of Richard Sharif (the "Debtor), as well as time spent and expenses incurred by Bradley Block, as Of Counsel for Applicant, for compensation for services rendered and reimbursement of expenses incurred for the period of August 20, 2022 through April 26, 2023 (the "Application Period"); the Court finding that (i) it has jurisdiction over the matters raised in the Seventeenth Application; (ii) due notice of the Seventeenth Application has been given to all parties entitled thereto; and (iii) upon consideration of the Seventeenth Application and the record, and after due deliberation, there is good cause for granting of the Seventeenth Application in part and denying it in part.

IT IS HEREBY ORDERED that:

1. The Seventeenth Application's request for legal fees and for reimbursement of expenses ("compensation request") is granted in part, and denied in part.

2. The Seventeenth Application's request for legal fees is granted in the amount of $119,055.00, and denied in the amount of $4,030.00, for the reasons explained below.

3. The Seventeenth Application's request for expenses ("reimbursement request") in the amount of $2,747.01 is granted.

4. Applicant is allowed and awarded fees in the amount of $119,055.00, and reimbursement of expenses in the amount of $2,747.01 for the Application Period (collectively, the "Compensation and Reimbursement"), for a total award of $121,802.01.

5. The Trustee is authorized to pay Applicant the reimbursement of expenses first, and then pay de'Medici the balance of the fees awarded, as well as any unpaid fees awarded pursuant to the Order Granting the Trustee's Counsel's Sixteenth Interim Application for Compensation (Docket 825), as the Trustee deems prudent. The Trustee is authorized to use the proceeds of the sale of the Residence at 36 Revere Drive, South Barrington, Illinois to make these payments. *See* Memorandum

Opinion (Docket 747) and related docket entries.

6. This Order is entered without prejudice to further requests for compensation detailed in the Seventeenth Application and not included in the Compensation and Reimbursement awarded in this Order.

### Findings of Fact and Conclusions of Law in Support of Order Awarding to Bruce de'Medici, Counsel for the Trustee, Allowance and Payment of Compensation and Reimbursable Expenses

Total Fees Requested: $123,085.00          Total Costs Requested: $2,747.01

Fees Disallowed: $4,030.00                 Costs Disallowed: $0.00

Total Fees Allowed: $119,055.00            Total Costs Allowed: $2,747.01

Total Fees and Costs Requested: $125,832.01

Total Fees and Costs Allowed: $121,802.01

### (1) Lumping

The applicant must account for its time "in minimum increments of tenths of an hour." *In re Direct Media Power, Inc.*, No. 16 BK 36934, 2018 WL 4726012, at *3 (Bankr. N.D. Ill. Sept. 28, 2018), *aff'd*, No. 18 C 7397, 2019 WL 4601736 (N.D. Ill. Sept. 23, 2019) (citing *In re Wildman*, 72 B.R. 700, 708-09, 726 (Bankr. N.D. Ill. 1987)). "Applicants may not circumvent the minimum time requirement or any requirements of detail by 'lumping' a bunch of tasks into a single entry. . . . Each type of service should be listed with the corresponding specific time allotment." *In re Wildman*, 72 B.R. at 709; *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted).

The court may impose a ten percent penalty for lumping, rounded up to one-tenth of an hour. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

The court notes that the Applicant (and his Of Counsel, Mr. Block) have written off $49,115.00 of fees that the Applicant "incurred but has not charged the Trustee." *See* Seventeenth Application (Docket 881), p. 4; Ex. C, p. 1-33. The court has not reduced any of said fees herein and does not comment on the reasonableness of the fees charged for the tasks for which fees have been reduced (which are labeled as "N/C" in the time sheets). Its analysis centers only on the counted fees for which compensation is sought in this application. Since this Order is entered without prejudice to further requests for compensation detailed in the Seventeenth Application, the Applicant may request compensation for the uncounted fees at a later date.

**Total of excluded amounts (10% of affected entries): $4,030.00**

The following time entries below from Ex. C, Section 1: Litigation: Appeal of Sale Orders constitute "lumping," as the they list multiple different tasks and fail to account for each task in increments of tenths of an hour. *See* Seventeenth Application (Docket 881), Ex. C, pp. 1-3. Thus, the court finds that the amount of time in each of the entries below should be reduced by ten percent (rounding up to one-tenth of an hour), leading to the reductions in fees set forth below. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 8/22/22 | Bradley Block ("BSB") | 1.0 | DR notice of ruling in Ragda Sharifeh appeal denying stay (to file in Haifa Sharifeh appeal). Review Judge Guzman standing orders re courtesy copies. DR letter to Judge Guzman's deputy re same. File and serve notice. (.5) (**.5 N/C**) Review local rules re related cases, assignment of bankruptcy appeals. DR motion to reassign appeals based on relatedness. Email to Sharif family re same. (1.0) | $550 | $825 |

Hours After Reduction: 0.9 Hours          Amount Allowed: $495 (Reduction of $55)

Regarding the time entry above, the court notes that there appears to be a scrivener's error in the Application, as the Applicant requests "$8255.00" in the "Total" column for 1.5 hours of work. *See* Seventeenth Application (Docket 881), Ex. C, p. 2. This court assumes the Applicant meant to request $825.

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 9/14/22 | BSB | 2.2 | Review Sharif family designations of record and statement off issues. Emails to and from Horace Fox and Bruce de'Medici re same. (.2) DR motions to dismiss appeals of sale order, extend time to designate items for appeal. (2.0) | $550 | $1,210 |

Hours After Reduction: 2.0          Amount Allowed: $1,100 (Reduction of $110)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 9/27/22 | BSB | 2.5 | Compare docket with Haifa Sharifeh/Debtor designations of items for record on appeal. DR | $550 | $1,325 |

| | | | designation of additional items for record on appeal in Haifa Sharif and Debtor appeals of sale order and statement of issues. Review docket in bk restrict filer case re parties who filed motions. | | |
|---|---|---|---|---|---|

Hours After Reduction: 2.3                    Amount Allowed: $1,265 (Reduction of $60)

The Applicant failed to address the issue of "lumping" in the application or in its reply. *See* Seventeenth Application (Docket 881), Ex. C, p. 2; Reply (Docket 912). As a result, this court finds that the amount of time should be reduced by ten percent, for a total of 2.3 hours of work, for a total of $1,265 (Mr. Block's billing rate of $550/hour x 2.3 hours). *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 12/9/22 | BSB | 1.0 | Review Sharif response to motion to dismiss appeal of residence sale order, including request to consolidate with appeal of denial of leave to file motion to recuse Bk judge. (.5) Review docket in restrict filer case in DC and Bk court re discrepancy between docket regarding order allowing Sharif to pursue appeal of sale order (it appear in BK docket but not in restricted filer case). Emails to and from Bruce de'Medici, Gretchen Silver re same, appeal of denial of Sharif leave to file motion to recuse Bk judge. (.5) | $550 | $550 |

Hours After Reduction: 0.9                    Amount Allowed: $495 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 12/12/22 | BSB | 1.0 | DR reply regarding motion to dismiss Debtor's appeal of order approving sale of residence and opposition to Sharif motion to consolidate with appeal of denial of leave to file motion to recuse. Emails to and from Gretchen Silver re same. | $550 | $550 |

Hours After Reduction: 0.9                    Amount Allowed: $495 (Reduction of $55)

The following time entries below from Ex. C, Section 2: Litigation: Sanctions constitute "lumping," as the they list multiple different tasks and fail to account for each task in increments of tenths of an hour. *See* Seventeenth Application (Docket 881), Ex. C, pp. 5-16. Thus, the court finds

that the amount of time in each of the entries below should be reduced by ten percent (rounding up to one-tenth of an hour), leading to the reductions in fees set forth below. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 8/26/22 | BSB | 0.7 | **Revise sanctions motion in Pacold case; emails to and from Naderh Elrabadi re same. (1 N/C)** DR order re sanctions against Sharif family and findings supporting same. Emails to and from Bruce de'Medici re same. (.5) Emails to and from Horace Fox re questions regarding allegations in motion for sanctions against Sharif family. (.2) | $550 | $385 |

Hours After Reduction: 0.6          Amount Allowed: $330 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 9/7/22 | BSB | 2.3 | Review scheduling order on sanctions motion. Email to Sharifs noting changes from what court announced at hearing. (.1) DR document requests and interrogatories to Sharif family related to sanctions motion. (2.0) Emails to and from Bruce de'Medici re ability to issue discovery without court order. Review BR 9014, 7026 and F.R.C.P. 26 re same. (.2) | $550 | $1,325 |

Hours After Reduction: 2.1          Amount Allowed: $1,155 (Reduction of $170)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 10/5/22 | BSB | 2.0 | Emails to and from Judicial Attorney Resources re service of subpoena on Jamal Sharifeh. DR Notice of Subpoena. (.3) Revise reply in support of motion for sanctions. (1.0) Review docket re identify items to include in exhibit list for motion for sanctions. (.7) Emails to and from Michael Cedillos re contacting Paul Payne as potential witness in sanctions hearing. TW Bruce de'Medici re same. (.1) | $550 | $1,325 |

Hours After Reduction: 1.9          Amount Allowed: $1,045 (Reduction of $280)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/6/22 | BSB | 2.3 | Identify other items to include in exhibit list for motion for sanctions besides BK docket items. Review motion for sanctions re same. (.5) DR Exhibit List and gather electronic copies of exhibits. (.5) **(.5 N./C)** DR witness list. (.8) Additional revisions to reply in support of motion for sanctions. (.3) TW Bruce de'Medici re research needed in connection with motion for sanctions (adverse inference from failure to produce documents). Preliminary research re same. Emails to and from Bruce de'Medici re same. (.5) | $550 | $1,265 |

Hours After Reduction: 2.1          Amount Allowed: $1,155 (Reduction of $110)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/8/22 | BSB | 0.7 | Revise reply in support of motion for sanctions. (.4) Revise exhibit list and witness list. Send drafts to Horace Fox and Bruce de'Medici.(.3) | $550 | $385 |

Hours After Reduction: 0.6          Amount Allowed: $330 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/10/22 | BSB | 0.7 | Emails to and from Mimi Bahcall re Paul Payne expected testimony at sanctions hearing, allegations made by Sharif family. TW Mimi Bahcall re same. (.5) Emails to and from Bruce de'Medici re various Wells Fargo documents, decision on whether to use same as exhibits at sanctions hearing. (.2) | $550 | $385 |

Hours After Reduction: 0.6          Amount Allowed: $330 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/17/22 | BSB | 1.3 | Final revisions to reply in support of motion for sanctions. File and serve same. (.2) **(.3 N/C)** DR subpoena and related rider for First Secure Bank, trial subpoena for banker. Email same to service processer. DR Notice of Subpoenas. (.5) DR trial | $550 | $715 |

| | | | subpoena for Paul Payne, notice of subpoena. Email same to Mimi Bahcall, additional items of expected testimony from Paul Payne. (.3) TW Horace Fox re preparation for testimony at sanctions hearing. (.3) | | |
|---|---|---|---|---|---|

Hours After Reduction: 1.2          Amount Allowed: $660 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/19/22 | BSB | 0.6 | Emails to and from process server re next steps to serve subpoena on banker at First Secure Bank. (.2) Final revisions to exhibit list and witness list for motion for sanctions. Create DropBox with copies of exhibits. File and serve same. (.3) **(.7 N/C)** Review subpoena to Susan Kuttner. (.1) | $550 | $330 |

Hours After Reduction: 0.6          Amount Allowed: $330 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/28/22 | BSB | 1.2 | TW Jon Koyn re expected testimony from Mohammad Sulieman of First Secure Bank. (.2) DR outline of testimony for Paul Payne. TW Mimi Bahcall re same. Emails to and from Mimi Bahcall re same. (.5). Emails to and from Bruce de'Medici re strategy for hearing on sanctions. (.2) DR amended exhibit list to include First Secure Bank documents. File and serve same and additional exhibits. (.3) **(.3 N/C)** | $550 | $660 |

Hours After Reduction: 1.1          Amount Allowed: $605 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/31/22 | BSB | 2.8 | Review Sharif family motion regarding exhibit and witness list, motion in limine. (.2) At Fedex to compile courtesy copy books regarding exhibits and relevant pleadings for sanctions hearing. DR cover letter to court clerk re courtesy copies. Deliver courtesy copies to court. (.5) **(2.0 N/C)** | $550 | $1,540 |

| | | | TW Patti Wagner re preparation for testimony at sanctions hearing. Email Court order with zoom information to Patti Wagner. (.2) DR testimony outline for Mohammad Sulieman for sanctions hearing. Email to Jon Koyn re same. (.5) DR and revise outline of BSB testimony for sanctions hearing. Emails to and from Bruce de'Medici re same. (1.2) **Review motion for interpreter and in limine from new ECF notice—apparent duplicate of prior motion. (.1 N/C)** TW Bruce de'Medici re review of his expected testimony, discussion of BSB testimony. (.2) | | |
|---|---|---|---|---|---|

Hours After Reduction: 2.5          Amount Allowed: $1,375 (Reduction of $165)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 11/1/22 | BSB | 5.4 | Prepare potential cross examinations of Sharif family for sanctions hearing. (1.2) Revise BSB testimony. Email to Bruce de'Medici re same. (.2) **TW Bruce de'Medici re his conflicting phone call for beginning of hearing, admission of exhibits at hearing, strategy. (.2 N/C)** Attend first part of hearing on motion for sanctions. TWs Pattie Wagner, Bruce de'Medici re same, next steps, scheduling of witnesses (curing breaks) Emails and texts with Mimi Bahcall, Pattie Wagner, re same (during breaks) (2.8) Prepare closing argument for sanctions motion. (.5) Attend second part of hearing on sanctions motion. (.7) | $550 | $2,970 |

Hours After Reduction: 4.9          Amount Allowed: $2,695 (Reduction of $275)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 3/28/23 | BSB | 2.0 | Review Illinois Code of Procedure on supplementary proceedings (2-1402) and Illinois Supreme Court Rule (277) regarding same. Review Cook County forms for citations and citation notice. DR citation to First Secure Bank wrt Richard Sharif as judgment debtor. (2.0) **(2.0 N/C)** | $550 | $1,100 |

-8-

Hours After Reduction: 1.8          Amount Allowed: $990 (Reduction of $110)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 4/13/23 | BSB | 4.2 | TW and emails to and from process server re service of citations on First Secure Bank. (.2) Emails to and from Jon Koyn (counsel for First Secure Bank) re service of citations. TW Jon Koyn re same. (.2) Review notice of appeal of sanctions order and related deficiency notice (,2). Prepare and file appearance in DC for sanctions appeal. (.1) **(.1 N/C)** DR motion to dismiss or stay sanctions fee appeal. (1.0) Review Sharif family motion to stay sanctions fee judgment pending appeal (.5) Legal research re stay pending appeal; review related Bankr. Rules and FRCP. DR response to motion to stay sanctions judgment pending appeal. (2.0) | $550 | $2,310 |

Hours After Reduction: 3.8          Amount Allowed: $2,090 (Reduction of $220)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 4/17/23 | BSB | 2.6 | Review reply in support of motion to stay sanctions judgment pending appeal. Email to Horace Fox re same. (.2) Review response to motion to dismiss or stay sanctions appeal. (.2) Emails to and from Dan Meyer re Sharif motion to DC Executive Committee for leave to file appeal of sanctions judgment. (.1) DR letter to Sharif family re appeal of sanctions judgment is frivolous, intent to seek sanctions/fees. (1.0) Research re process servers near Sterling Virginia (to serve citation on Haifa Sharifeh). TW process server in Virginia. (.2) Revise citation to discover assets to Richard Sharif and associated document request. Email to Horace Fox and Bruce de'Medici re same. (.3) Revise citation to discover assets to Richard Sharif to create three separate citations (one for each judgment debtor). (.5) **(.5 N/C) Emails to and from Illinois process server re service of citations on Richard Sharif and Ragda Sharifeh. (.1 N/C)** Research re Richard Sharif internet information, including pharmacy licensing | $550 | $1,430 |

| | | | information. (.1) **(.1 N/C)** | | |
|---|---|---|---|---|---|

Hours After Reduction: 2.3          Amount Allowed: $1,265 (Reduction of $165)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 4/18/23 | BSB | 1.9 | At Court re issuance of citations to Richard Sharif, Ragda Sharifeh and Haifa Sharifeh. (.5) **(.5 N/C)** Research re Haifa Sharif to confirm address. Emails to and from Virginia process server re copies of documents, confirming Haifa Sharifeh address, completion of service, affidavit of service. (.3) Research re Ragda Sharifeh to confirm address. Email to Illinois process server re instructions for service of citations on Richard Sharif and Ragda Sharifeh, confirmation of Ragda Sharifeh address (.2) Attend hearing on Sharif family motion to stay sanctions judgment pending appeal. TW Horace Fox re same. (.5) Emails to and from Richard Sharif re potential posting of bond to stay sanctions judgment. Review rules wrt bonds. (.2) Revise letter to Sharif family re frivolous appeal of sanctions order, intent to seek fees/sanctions for same. (.2) | $550 | $1,045 |

Hours After Reduction: 1.7          Amount Allowed: $935 (Reduction of $110)

The following time entries below from Ex. C, Section 3: Litigation: 7th Circuit Appeal of Ragda Sharifeh, Haifa Sharifeh and Maurice Salem constitute "lumping," as the they list multiple different tasks and fail to account for each task in increments of tenths of an hour. *See* Seventeenth Application (Docket 881), Ex. C, pp. 16-21. Thus, the court finds that the amount of time in each of the entries below should be reduced by ten percent (rounding up to one-tenth of an hour), leading to the reductions in fees set forth below. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 11/10/22 | BSB | 1.0 | Review 7th Circuit orders re need to report on status of Pacold case. DR and revise status report for 17-1615 7th Circuit case; review pleadings in connection with same. | $550 | $550 |

Hours After Reduction: 0.9          Amount Allowed: $495 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 11/11/22 | BSB | 0.7 | Emails to and from Bruce de'Medici re record on appeal for 2017 and 2018 7th Circuit appeals. TW Bruce de'Medici re same. (.2) Review dockets of 7th Circuit appeals and related District Court appeals, re same. (.5) | $550 | $385 |

Hours After Reduction: 0.6          Amount Allowed: $330 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 11/14/22 | BSB | 3.0 | Brief review of Salem appellant brief in 17-1615 appeal and related appendix. Review Ragda and Haifa Sharifeh motions to adopt Salem brief. (.8) Begin drafting appellee's brief in 17-1615 7th Circuit appeal. (2.2) | $550 | $1,650 |

Hours After Reduction: 2.7          Amount Allowed: $1,485 (Reduction of $165)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 11/15/22 | BSB | 0.8 | Brief review of record on appeal designations in 17-1615 case. (.3) Review FRAP re record on appeal in bankruptcy case, rules wrt supplementing same. Email to Ruth Masters (appellate specialist) re addressing court pleadings not included in record on appeal. (.5) **TW Bruce de'Medici prior designation of record on appeal, items potentially useful for appeal that are not in designated record. (1.0 N/C)** | $550 | $440 |

Hours After Reduction: 0.7          Amount Allowed: $385 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 12/21/22 | BSB | 4.5 | Revise 17-1615 brief. Research re elements of unjust enrichment and quantum meruit, definition of volunteer, general equity claims | $550 | $2,475 |

Hours After Reduction: 4.1          Amount Allowed: $2,255 (Reduction of $220)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 12/25/22 | BSB | 3.5 | Revise 17-1615 brief. Create index of documents in 17-1615 record on appeal. (.5) **(1.0 N/C)** | $550 | $1,925 |

Hours After Reduction: 3.2          Amount Allowed: $1,760 (Reduction of $165)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 12/26/22 | BSB | 1.0 | Emails from Bruce de'Medici re revisions to 17-1615 brief. Revise same. | $550 | $550 |

Hours After Reduction: 0.9          Amount Allowed: $495 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 12/28/22 | BSB | 2.0 | Create appendix for 17-1615 brief. Add citations to appendix to appellee's brief. Create table of contents, table of authorities and other required | $550 | $1,100 |
| | | | parts of brief for filing. File same. (2.0) **(12.0 N/C)** | | |

Hours After Reduction: 1.8          Amount Allowed: $990 (Reduction of $110)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 1/10/23 | BSB | 1.5 | DR response to Salem motion to consolidate cases. Emails to and from Horace Fox and Bruce de'Medici re same, Revise and file same. Review Salem Reply. | $550 | $825 |

Hours After Reduction: 1.4          Amount Allowed: $770 (Reduction of $55)

The following time entries below from Ex. C, Section 4: Litigation: Post DC Judgment and 7th Circuit Appeal of Haifa Sharifeh Motion to Vacate constitute "lumping," as the they list multiple different tasks and fail to account for each task in increments of tenths of an hour. *See* Seventeenth Application (Docket 881), Ex. C, pp. 22-26. Thus, the court finds that the amount of time in each of the entries below should be reduced by ten percent (rounding up to one-tenth of an hour), leading to the reductions in fees set forth below. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

-12-

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 10/13/22 | BSB | 2.0 | Review 7th Circuit Order re briefing schedule on appeal. (.1) Review Bankruptcy Rules re motions to reconsider in bankruptcy appeals. Research on Rule 8022 re time to file, extensions of same. (.7) TWs Bruce de'Medici re time to file motion for rehearing in bankruptcy appeal, strategy wrt sanctions and settlement. DR preliminary response to Haifa Sharifeh motion to reconsider Pacold ruling. (1.0) Review Haifa Sharifeh preliminary reply in support of motion for reconsideration. (.2) | $550 | $1,100 |

Hours After Reduction: 1.8          Amount Allowed: $990 (Reduction of $110)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 10/18/22 | BSB | 1.3 | Review 7th Circuit orders wrt new Haifa Sharifeh appeal re briefing, potential that appeal was | $550 | $715 |
| | | | premature. (.1) DR motion for leave to respond to 7th Circuit Order (explaining why new appeal is not premature). Review FRAP re same. (1.0) Emails to and from Bruce de'Medici re comments on response to 7th Circuit order. Revise same. (.2) | | |

Hours After Reduction: 1.2          Amount Allowed: $660 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 10/20/22 | BSB | 0.6 | Review 7th Circuit order re new Haifa Sharifeh appeal not premature, setting briefing schedule on new Haifa Sharifeh appeal. (.1) DR notice of ruling by 7th Circuit to file in Pacold DC case. Revise same. (.5) | $550 | $330 |

Hours After Reduction: 0.5          Amount Allowed: $275 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 10/25/22 | BSB | 1.5 | Review District Court docket, Haifa Sharifeh docketing statement, F.R.A.P. 6 and 7th Cir. Rule 3 re response to Haifa Sharif docketing statement and statement of issues for new 7th Cir. Appeal, identify additional items to designate. DR designation of additional items. Email to Horace Fox and Bruce de'Medici re same. | $550 | $825 |

Hours After Reduction: 1.4          Amount Allowed: $770 (Reduction of $55)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 12/21/22 | BSB | 3.0 | Revise reply in support of motion for sanctions. (.4) Revise exhibit list and witness list. Send drafts to Horace Fox and Bruce de'Medici.(.3) | $550 | $1,650 |

Hours After Reduction: 2.7          Amount Allowed: $1,485 (Reduction of $165)

| Date | Applicant | Hours | Task | Rate | Total |
|---|---|---|---|---|---|
| 1/4/23 | BSB | 3.0 | Research re Illinois law on interpreting a will as a revocation of a trust, waiver of arguments and right to rely on material in reply brief  (1.0) **Emails to and from Bruce de'Medici re citations to specific pages of transcripts, transcript compliance with 7th Circuit Rule 10(e). (.2 N/C) Emails to and from Bruce de'Medici re proffer of exhibits into evidence at trial on Haifa motion to vacate. (.2 N/C) Review Remand Opinion and citations to trial transcript; review  transcript re same. (1.5 N/C) Create appendix. Add citations to appendix to** appellee's brief in 22-2826 case. Revisions to brief re same. (2.0) **(12.0 N/C)** | $550 | $1,650 |

Hours After Reduction: 2.7          Amount Allowed: $1,485 (Reduction of $165)

The following time entry below from Ex. C, Section 5: Miscellaneous constitutes "lumping," as it lists multiple different tasks and fails to account for each task in increments of tenths of an hour. *See* Seventeenth Application (Docket 881), Ex. C, pp. 27-31.  Thus, the court finds that the amount of time in each of the entries below should be reduced by ten percent (rounding up to one-tenth of

an hour), leading to the reductions in fees set forth below. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at \*3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 8/22/22 | BSB | 2.3 | Review Sharif motion to disqualify Judge Cox and for sanctions, including review of exhibits. (1.0) Emails to and from Bruce de'Medici re same. TW Bruce de'Medici re same, need to contact Naderh Elrabadi and Gretchen Silver wrt motion to disqualify Judge Cox, appeals of sale order. (.3) Email to Richard Sharif re reiteration of settlement proposal, expiration of same. (.2) Review FRCP 24 re intervention. DR motion to intervene conditionally and permissively in Richard Sharif restricted filer case. File and serve same. (.8) **(.5 N/C)** | $550 | $1,265 |

Hours After Reduction: 2.1          Amount Allowed: $1,155 (Reduction of $110)

The following time entry below from Ex. C, Section 6: Fee Applications constitutes "lumping," constitutes "lumping," as it lists multiple different tasks and fails to account for each task in increments of tenths of an hour. *See* Seventeenth Application (Docket 881), Ex. C, p. 32. Thus, the court finds that the amount of time in each of the entries below should be reduced by ten percent (rounding up to one-tenth of an hour), leading to the reductions in fees set forth below. *In re Direct Media Power, Inc.*, 2018 WL 4726012, at \*3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

| Date | Applicant | Hours | Task | Rate | Total |
|------|-----------|-------|------|------|-------|
| 8/23/22 | BSB | 2.2 | Categorize time entries for fee application. (.3) **(.7 N/C)** Total time entries, hours and fee amounts by attorney and by category. (.7) **(1.3 N/C)** Revise cover sheets, fee application text. Input numbers. (1.0) **(2.0 N/C)** Review expense receipts. Create exhibit D to fee app. Input information into fee app. (.2) **(.5 N/C)** | $550 | $1,210 |

Hours After Reduction: 2.0          Amount Allowed: $1,100 (Reduction of $110)

**Time Entries for "Lumping" Where a 10% Penalty Rounded Up to One-Tenth of An Hour Would Equal the Amount of Time Requested**

The court notes that the Seventeenth Application (Docket 881) contains various entries

involving lumping where imposition of a ten percent penalty (reducing the hours of work, and thus the fees sought, by ten percent), rounded up to one-tenth of an hour, would equal the amount of time sought.  One example is Mr. Block's time entry on September 12, 2022, for 0.2 hours, for the following task: "Review notices in appeals of sale order re failure of Sharifs to designate items for record on appeal. Email to Sharifs re same. Review Bankruptcy Rule 8009 re same." *See* Seventeenth Application (Docket 881), Ex. C, p. 1.  This time entry constitutes "lumping," since three tasks are listed but each is not accounted for individually in tenths of an hour.  However, the court declines to impose a penalty for this time entry, since imposing a ten percent penalty here and rounding up to one-tenth of an hour would be equal to 0.2 hours, the amount requested.  *See In re Direct Media Power, Inc.*, 2018 WL 4726012, at *3 (citations omitted); *see In re Wildman*, 72 B.R. at 715-16.

Similarly, the court declines to impose a ten percent penalty for other time entries in this application where imposition of a ten percent penalty rounded up to one-tenth of an hour would round up to the amount of time sought (this includes any time entry 0.5 hours or under).

**Date**: July 18, 2023

**ENTER**: _____

Hon. Jacqueline P. Cox
United States Bankruptcy Judge